**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO. 16-CV-00638-MOODY/MCCOUN**

RAYMOND FERNANDEZ,

*Plaintiff*,

v.

UNITED GUARANTY RESIDENTIAL
INSURANCE COMPANY OF NORTH CAROLINA,

*Defendants*.

_________________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Raymond Fernandez and Defendant United Guaranty Residential Insurance Company of North Carolina, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses. The parties understand that this stipulation of dismissal is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).[1]

Dated: June 30, 2016

s/ *Brandon J. Hill*

Brandon J. Hill (FBN 37061)
Email: bhill@wfclaw.com
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Telephone: 813-224-0431
Facsimile: 813-229-8712

*Attorney for Plaintiff Raymond Fernandez*

s/ *Aaron S. Weiss*

Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Carlton Fields Jorden Burt, P.A.
100 S. E. Second Street, Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

*Attorneys for Defendant United Guaranty*

[1] To the extent it may be necessary, the parties agree to entry of an order confirming the dismissal, with prejudice, of this case, pursuant to the terms of this stipulation.

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was served by electronic filing on June 30, 2016, with the Clerk of the Court using CM/ECF on all counsel or parties of record on the service list below.

s/*Brandon J. Hill*
Brandon Hill

## **<u>SERVICE LIST</u>**

Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Carlton Fields Jorden Burt, P.A.
100 S. E. Second Street, Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

*Attorneys for Defendant United Guaranty*